# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JOYCE ANN VANHOOSIER,

        Plaintiff,

v.                                               Civil Action No. 4:17-cv-00084

FRANCISCAN ALLIANCE INC
doing business as Franciscan St. Elizabeth Health,

        Defendant

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____.

☒ Other: Judgment ENTERED in favor of Defendant Franciscan Alliance Inc, doing business as Franciscan St. Elizabeth Health and against Plaintiff Joyce Ann VanHoosier.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Theresa L. Springmann on a Motion for Summary Judgment by Defendant.

DATE: January 7, 2022                             GARY T. BELL, CLERK OF COURT

                                                           By: s/ L. Higgins-Conrad
                                                                 *Signature of Deputy Clerk*